Earl R. Foswold, et al., Plaintiffs-Appellants, v. Domestic Utility Services Co., et al., Defendants-Appellees.

Gen. No. 50,886.

First District, Second Division.

December 14, 1965.

Harry R. Booth, of Chicago, for appellants; L. Louis Karton and Daniel H. Pappas, of Chicago, for appellees. Opinion by JUSTICE BRYANT. Not to be published in full.